IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LANCE THOMAS RAY SHOCKLEE                                                    PLAINTIFF

v.                          Case No. 1:21-cv-1059

JONATHAN MESSER, HEAD DRUG TASK
FORCE; HOUSTON BRADSHAW, DTF;
AARON GALBERT, DTF; CAPTAIN
RICHARD MITCHAM, UNION COUNTY
DETENTION CENTER; and OFFICER
TUBBS, UCDC                                                                  DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed on September 6, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 27. Judge Bryant recommends granting Defendants Jonathan Messer, Houston Bradshaw, Aaron Galbert, Captain Richard Mitcham, and Officer Tubbs's Motion to Dismiss (ECF No. 23) and dismissing Plaintiff's Amended Complaint (ECF No. 7) without prejudice. ECF No. 27. Specifically, Judge Bryant explains that "Plaintiff has failed to comply with orders of the Court and failed to prosecute this case." ECF No. 27, at 2.

Plaintiff has not objected, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion to Dismiss (ECF No. 23) is hereby **GRANTED**. Further, Plaintiff's Amended Complaint (ECF No. 7) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge